FILE COPY

DATE: 5/26/2015

RE: Case No. 15-0351

COA #: 12-14-00157-CV     TC#: JV-3647-AA

STYLE: IN THE MATTER OF D.A.B., A JUVENILE

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (Tex. R. App. P. 53.3) There is no fee for a response or a waiver.

MS. CATHY S. LUSK

CLERK, TWELFTH COURT OF APPEALS

1517 WEST FRONT, SUITE 354

TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 26 2015

TYLER TEXAS
CATHY S. LUSK, CLERK